IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: CONSUELO S. SANCHEZ                  )
                                            )
BAC Home Loans Servicing, L.P. fka          )
Countrywide Home Loans Servicing, L.P.      )
/WELLS FARGO BANK, N.A., AS TRUSTEE FOR     )
THE BENEFIT OF THE CERTIFICATE HOLDERS      )
OF ASSET-BACKED PASS-THROUGH                )
CERTIFICATES SERIES 2004-WCW1,              )
          Creditor,                         )
                                            )
     vs.                                    ) CASE NO. 05B31644
                                            ) JUDGE Jacqueline P. Cox
CONSUELO S. SANCHEZ,                        )
          Debtor                            )
```

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. / WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2004-WCW1, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the June 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 2, 2010:

    a. Attorney's Fees:                              $250.00
    b. Payments(6/10 & 7/10): 2 @ $887.32         $1,774.64

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. / WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2004-WCW1 rights to collect these amounts will be unaffected.

Respectfully Submitted,

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. / WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2004-WCW1

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088